# Exhibit 1

## CONSENT TO BE A PARTY PLAINTIFF

      1. I consent to be a party plaintiff in a lawsuit against Loadsmart. ("Defendant") and/or related entities and individuals in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

      2. By signing and returning this consent form, I hereby designate Outten & Golden LLP to represent me in such lawsuit and to make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable.

      3. I also consent to join any separate or subsequent action to assert my claims against Defendant and/or any related entities or persons potentially liable.

_____
Signature

Michael Burr
_____
Print

The signed document can be validated at https://app.vinesign.com/Verify