UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL BURR, GABRIELE EIMONTAITE, and KEVIN VILLARREAL Individually and On Behalf of All Others Similarly Situated,<br><br>           Plaintiffs,<br><br>    v.<br><br>LOADSMART, INC.,<br><br>           Defendant. | Civil Case No. 1-23-cv-03708 |

**UNOPPOSED JOINT MOTION FOR AMENDED BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR COURT-AUTHORIZED NOTICE PURSUANT TO 29 U.S.C. § 216(b) AND DEFENDANT'S RESPONSE IN OPPOSITION**

Plaintiffs Michael Burr, Gabriele Eimontaite, and Kevin Villarreal ("Plaintiffs") and Defendant Loadsmart, Inc. ("Defendant") (collectively, the "Parties"), having met and conferred, respectfully request that the Court amend the previously agreed-to briefing schedule ordered in the Court's August 11, 2023 Minute Order, ECF No. 17 as follows:

1. Plaintiffs' opening brief: October 6, 2023 (previously October 26, 2023)

2. Defendant's opposition brief: November 8, 2023 (previously November 22, 2023)

3. Plaintiffs' reply: December 6, 2023 (previously December 21, 2023)

The Parties respectfully request that the Court so order this amendment to the briefing schedule.

Dated: August 25, 2023
         New York, New York                              Respectfully submitted,

By: /s/ Melissa L. Stewart                               By: /s/ Mark W. Wallin
Melissa L. Stewart (admitted *pro hac vice*)             Mark W. Wallin
Rebecca L. Pattiz (admitted *pro hac vice*)              Christina M. Janice
**Outten & Golden LLP**                                  **Barnes & Thornburg LLP**
685 Third Avenue, 25th Floor                             One North Wacker Drive, Suite 4400

New York, NY 10017
Telephone: (212) 245-1000

Courtney J. Hinkle (admitted *pro hac vice*)
**Outten & Golden LLP**
1225 New York Ave NW, Suite 1200B
Washington, D.C. 20005
Telephone: (202) 915-5810

Erika Pedersen (IL Bar No. 6230020)
**PEDERSEN & WEINSTEIN LLP**
33 N. Dearborn Street, Suite 1170
Chicago, IL 60602
Telephone: (312) 322-0710

*Counsel for Plaintiffs and Putative FLSA Collective Members*

Chicago, Illinois 60606
Telephone: (312) 214-4591

Benjamin S. Perry
**Barnes & Thornburg LLP**
201 S. Main Street, Suite 400
South Bend, IN 46601
(574) 237-1239

*Counsel for Defendant Loadsmart, Inc.*